UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:18-cv-3180 CKD P |
| Plaintiff, | |
| v. | ORDER |
| NICHOLAS PETRINOVICH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed May 30, 2019, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On June 10, 2019, plaintiff submitted the USM-285 forms and summons but failed to file the copies.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on December 10, 2018; and

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the three copies of the complaint required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated:  June 14, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hols3180.8f