UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PETRINOVICH, et. al.<br><br>Defendants. | No. 2:18-cv-03180-CKD-P<br><br><br><br>ORDER |

Plaintiff is a county inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The court issued a discovery and scheduling order governing this action on March 19, 2020. Since that time, plaintiff has filed numerous requests of the court which are addressed by way of this order.

First, plaintiff requests to use the electronic case management/filing system (CM/ECF) based upon his anticipated release date from custody. ECF No. 43 at 2. However, plaintiff's anticipated release date has come and gone and he is still in custody at the El Dorado County Jail. The court has no further information concerning plaintiff's expected release from custody. "Any person appearing pro se may *not* utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2) (emphasis in original). The court finds no reason in the present case to deviate from this general rule. Therefore, plaintiff's

multiple requests to use the electronic case management/filing system (ECF Nos. 43, 47) are denied.

To the extent that plaintiff has also requested that the Clerk of Court send a notice indicating his pro se status (ECF No. 48), his request is granted by way of this order.

This order shall also serve as notice to plaintiff that he is cautioned against filing multiple and repetitious motions with the court which further delay rulings on the merits of cases.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests to use the electronic case management/filing system (ECF Nos. 43, 47) are denied.
2. Plaintiff's request for verification of his pro se status (ECF No. 48) is granted.

Dated:  May 7, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hols3180.requests.docx

2