UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS PETRINOVICH, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-03180-CKD<br><br><br>ORDER |

　　　　Plaintiff is a county inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Currently pending before the court is plaintiff's motion for a court order to take his deposition by telephone based on plaintiff's release from incarceration and his difficulties in traveling to Sacramento to attend an in-person deposition.  ECF No. 57.  Jail records indicate that plaintiff has been re-incarcerated at the Placerville County Jail.  In light of plaintiff's current custody status, the court will deny the motion as moot.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　1.　Plaintiff's motion for a court order to take his deposition by telephone (ECF No. 57) is denied as moot.

/////

/////

/////

1

2. The Clerk of Court is directed to update plaintiff's mailing address as a one-time courtesy to the Placerville County Jail, 300 Forni Road, Placerville, CA 95667.

Dated:  August 4, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hols3180.depo.docx

2