UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PETRINOVICH, et al.,<br><br>Defendants. | No. 2:18-cv-03180-CKD P<br><br>AMENDED DISCOVERY AND SCHEDULING ORDER |

Plaintiff is a county inmate proceeding pro se and in forma pauperis in this federal civil rights lawsuit filed pursuant to 42 U.S.C. § 1983. On August 23, 2020, plaintiff filed a motion requesting a 90-day extension of the discovery deadlines governing this case due to difficulties in scheduling his deposition and in propounding discovery due to COVID-19 and his impending release date. ECF No. 64. For good cause shown and based on a lack of opposition thereto, the court will grant plaintiff's request for a 90-day extension of the discovery and pretrial motions deadlines in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a 90-day extension of the discovery deadlines (ECF No. 64) is granted as indicated herein.

2. The parties may conduct discovery until **January 13, 2021**. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to

1

Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before **April 5, 2021**. Motions shall be briefed in accordance with paragraph 8 of this court's order filed June 27, 2019.

4. All other provisions of the Discovery and Scheduling Order entered on March 19, 2020 remain in effect.

Dated: September 15, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hols3180.amend.DSO(2).docx