UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PETRINOVICH, et al,<br><br>Defendants. | No. 2:18-cv-03180-CKD P<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that, for good cause shown, defendants' motion to modify the amended scheduling order (ECF No. 94) is granted. All current deadlines in this case are stayed pending resolution of defendants' motion for terminating sanctions. The court will reset the discovery and dispositive motions deadline as necessary following resolution of the motion.

Dated: April 2, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hols3180.staydeadlines.docx

1