UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:18-cv-3180 CKD P |
| Plaintiff, | |
| v. | ORDER |
| NICHOLAS PETRINOVICH, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file and serve an opposition to defendants' February 19, 2021 motion for terminating sanctions. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 99) is granted; and
2. Plaintiff's opposition is due on or before June 30, 2021.
3. No further extensions of time shall be granted in this case.

Dated: May 20, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hols3180.36(2)