UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PETRINOVICH, et al.,<br><br>Defendants. | No. 2:18-cv-3180 CKD P<br><br><br>ORDER |

Plaintiff, a former county inmate proceeding pro se, has requested that this action be dismissed. ECF No. 103. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice.
2. Defendants' motion for terminating sanctions (ECF No. 93) is denied as moot.

Dated: June 2, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hols3180.59.docx

1